UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20340-CV-WILLIAMS

MARIA ELENA MIGOYO,

    Plaintiff,

v.

MERRICK B. GARLAND, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 64) ("***Report***") on Defendants' Motion for Summary Judgment (DE 42) ("***Motion***"). In the Report, Judge Sanchez recommends that the Motion be granted. (DE 64 at 2.) Specifically, Judge Sanchez finds that Plaintiff "obtained TWOV status in 2001 by fraud and willful misrepresentation" and was therefore "inadmissible in 2004 under 8 U.S.C. § 1182(a)(6)(C)(i), [] was not 'lawfully admitted for permanent residence,' and [] is ineligible to be naturalized." (*Id.* at 13.) No objections were filed to the Report, and the time to object has passed. (*See* DE 65.)

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's Report (DE 64) is **AFFIRMED AND ADOPTED**.

2. Defendants' Motion for Summary Judgment (DE 42) is **GRANTED**.

3. The Court will separately issue a final judgment.

4. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>20th</u> day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE